UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TAMARA H. GOLSTON-GREEN,

       Plaintiff,                                08 Civ. 4077 (RMB)(GWG)

    -against-
CAPT. JOHN DENESOPOLIS and
NEW YORK CITY POLICE DEPARTMENT,

                                                **NOTICE OF APPEARANCE**

       Defendants.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that, the Plaintiff, Tamara H. Golston-Green, who had hitherto appeared pro se in the above entitled matter, has retained the undersigned as her Attorney(s) in this case and the said Plaintiff demands that, henceforth, all future papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Brooklyn, New York
         July 22, 2008

                                      Respectfully Submitted:

                                      OFODILE & ASSOCIATES, P.C.

                                      By: s/b
                                      ANTHONY C. OFODILE, ESQ. (AO-8295)
                                      Attorneys for Tamara Golston-Green
                                      Office, Post Office Address & Telephone
                                      498 Atlantic Avenue
                                      Brooklyn, New York 11217
                                      (718) 852-8300

To:    Clerk of Court (by ECF)
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

cc.     Hon. Richard M Berman (by ECF & mail)
        United States District Judge
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

        Hon. Gabriel W. Gorenstein (by ECF & mail)
        United States Magistrate Judge
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

        Basil C. Sitaras, Esq., (by mail & ECF)
        Assistant Corporation Counsel
        New York City Law Department
        100 Church Street
        New York, New York 10007

        Ms. Tamara Golstein-Green (by e-mail)